UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET MARIE GONZALES,<br><br>   Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN,[1] Acting Commissioner of Social Security,<br><br>   Defendant. | No. EDCV 12-2134 FFM<br><br>JUDGMENT OF REMAND |

The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order dated September 15, 2014.

DATED: September 15, 2014

　　　　　　　　　　　　　　　　　　　 /S/ FREDERICK F. MUMM
　　　　　　　　　　　　　　　　　　　FREDERICK F. MUMM
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge